Annie E. Kennedy, Respondent, v. James Kennedy, Appellant.— Order affirmed, without costs. All concurred.

Frank Lombardo, an Infant, by John F. Hennessy, His Guardian ad Litem, Respondent, v. James Stewart & Company, Incorporated, Appellant.— Judgment and order unanimously affirmed, with costs.

James B. Millington, Respondent, v. Albia Box and Paper Company, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of the Board of Water Supply of the City of New York under Section 42 of Chapter 724 of the Laws of 1905, as Amended by Section 9 of Chapter 314 of the Laws of 1906. (Business Damage Commission No. 3. John D. W. Du Mond, Claimant.) — Award reversed upon the ground that the damages are excessive and new hearing granted, with costs to appellant to abide event, unless the claimant stipulates to reduce the damages to $1,500, in which case the award is so modified and as modified affirmed, without costs. All concurred, except Smith, P. J., and Howard, J., who dissented upon the authority of *Matter of Board of Water Supply* (211 N. Y. 174).

Frank D. Miller and Others, as Trustees, Respondents, v. Edwin C. Moran and Another, Appellants.— Judgment unanimously affirmed, with costs.

Frank D. Miller and Others, as Trustees, Respondents, v. W. C. Campbell and Another, Appellants.— Judgment unanimously affirmed, with costs.

Frank D. Miller and Others, as Trustees, Respondents, v. Virgil A. Krepps and Another, Appellants.— Judgment unanimously affirmed, with costs.

Frank D. Miller and Others, as Trustees, Respondents, v. August B. Russe and Another, Appellants.— Judgment unanimously affirmed, with costs.

Frank D. Miller and Others, as Trustees, Respondents, v. Henry C. Henderson, Appellant. — Judgment unanimously affirmed, with costs.

Richmond D. Moot, Appellant, v. Margaret A. Moot, Respondent.— Order affirmed, without costs. All concurred, except Kellogg, J., who dissented; Woodward, J., not sitting.

Patrick J. Neagle, Appellant, v. Adelbert Hudson, Respondent.— Judgment affirmed, without costs. All concurred, except Woodward, J., who voted for reversal in favor of the defendant.

The People of the State of New York ex rel. T. Francis Kennedy, Respondent, v. James S. Calkins, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Pasquale Iagarone, Whose True Name Is Pasquale Iaguadore, Appellant.—Judgment of conviction affirmed. All concurred.

The People of the State of New York, Respondent, v. Abram I. Feinberg, Appellant.— Judgment of conviction affirmed. All concurred.

Frederick Pyne, an Infant, by Alice Pyne Mather, His Guardian ad Litem, Respondent, v. Cazenovia Canning Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., who dissented.